No. 12–6938. AL-QAISI v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 12–6939. MINH DUNG NGUYEN v. LEVITAS. Sup. Ct. S. D. Certiorari denied. 

No. 12–6940. SHERRATT v. UTAH BOARD OF PARDONS AND PAROLE ET AL. C. A. 10th Cir. Certiorari denied. 

No. 12–6943. KNOX v. MORGAN ET AL. Sup. Ct. Okla. Certiorari denied.

No. 12–6944. DAVIS v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 12–6947. JONES v. LOUISIANA BOARD OF PAROLE ET AL. Ct. App. La., 1st Cir. Certiorari denied. 

No. 12–6950. STARKS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–6958. MUHAMMAD v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 12–6959. MIXON v. CHARLOTTE MECKLENBURG SCHOOLS. C. A. 4th Cir. Certiorari denied.